ANNA THORMANN *v.* JOHN GORMBY.

Slander — Construction of Words.

> It is a recognized rule in the construction of words complained of in an action of slander, that they should be taken in their obvious meaning and signification, and in the sense in which they would be understood by those who hear them.

APPEAL FROM KENTON CIRCUIT COURT.

June 29, 1867.

Words complained of are as follows: "You (meaning said Anna Thormann) are a damned bloody bitch."

OPINION OF THE COURT BY JUDGE HARDIN:

It is a recognized rule in the construction of words complained of in actions of slander that they should be taken in their obvious meaning and signification and that sense in which they would be understood by those who hear them.

Applying this rule to the words alleged in the petition to have been spoken of the appellant by the appellee although they are reproachful and offensive, we do not regard them as importing a charge of the want of chastity or an accusation of any offense, for falsely making which an action would lie.

There is nothing alleged by way of *colloquiem* conducing to attach to the words the signification insisted for by the appellant, and as they do not seem to be susceptible of two or more meanings, one of them being slanderous, the averments of the petition did not, according to our construction of them, constitute a cause of action, and the demurrer was, therefore, properly sustained.

Wherefore, the judgment is affirmed.